**Tyrone ELLIS Plaintiff-Appellant**

v.

**Nwannem OBI-OKOYE, Doctor, Correct Care Solutions; Brett Butler, Doctor, Correct Care Solutions Defendants-Appellees**

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

1. The Honorable Kristine G. Baker, United States District Judge for the Eastern District

**Johnathan Simmons, Doctor, Correct Care Solutions Defendant**

**Geraldine Campbell, Advanced Practice Nurse, Correct Care Solutions; Aric Simmons, Advanced Practice Nurse, Correct Care Solutions; Melissa Mansfield, Licensed Practical Nurse, Correct Care Solutions Defendants-Appellees**

No. 16-3874

United States Court of Appeals, Eighth Circuit.

Submitted: May 12, 2017

Filed: May 22, 2017

Tyrone Ellis, Pro Se

Brent J. Eubanks, Humphries & Odum, White Hall, AR, for Defendants-Appellees

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Tyrone Ellis appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he alleged that defendants were deliberately indifferent to his serious medical needs. Upon careful de novo review, see Peterson v. Kopp, 754 F.3d 594,

of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

598 (8th Cir. 2014) (standard of review), we conclude that summary judgment was proper because, as explained by the district court, Ellis failed to show that his skin rash was "serious," or that any delay in treatment had a detrimental effect on his condition. See Fourte v. Faulkner Cty., Ark., 746 F.3d 384, 387 (8th Cir. 2014); see also Jackson v. Riebold, 815 F.3d 1114, 1119-20 (8th Cir. 2016).

Accordingly, we affirm. See 8th Cir. R. 47B.